# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMINIQUE VOLIER EDWARDS | ) | Case No. |
| | ) | 6:24-mj- 1704 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2024__ in the county of __Volusia__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal reentry by a previously deported alien with a prior felony conviction. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Lacey O'Neal, Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 3, 2024

*Judge's signature*

City and state: Orlando, Florida

ROBERT M. NORWAY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                              CASE NO. 6:24-mj- 1704

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 7, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 19, 21 and 18 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a) and (b)(1), illegal reentry by a previously deported alien, prior felony conviction.

3. On June 18, 2024, CBP was contacted by the Brevard County Sheriff's Office in Viero, Florida[1] in reference the defendant, Dominique Volier EDWARDS. EDWARDS was arrested by the Volusia County Sheriff's Office on June 6, 2024, on a Failure to Appear Warrant out of Brevard County. During the arrest and booking process, officers gathered personal identifying information (name, date of birth, place of birth, etc.) from EDWARDS. This information was shared with CBP.

4. CBP record checks confirmed that he is a citizen and national of Jamaica with no lawful immigration status in the United States. EDWARDS has an alien file, under his unique alien number, containing all his immigration history. Fingerprints on file within the CBP database, shared by the FBI and DHS, were compared to the booking fingerprints of EDWARDS from his Brevard County arrest. The fingerprint comparison was a match, confirming EDWARDS's identity.

5. Documents in the alien file show that EDWARDS was previously ordered deported/removed from the United States to Jamaica by an Immigration Judge on March 01, 2023. EDWARDS was then physically deported/removed from the United States to Jamaica on March 30, 2023, through Alexandria, Louisiana. There is no record of EDWARDS ever applying to the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after EDWARDS prior deportation/removal.

---

[1] Viero is in Brevard County, within the Middle District of Florida.

6. A criminal history check revealed that EDWARDS was convicted of Cocaine Possession and Cocaine Sell, a felony offense, on November 25, 2008, and was sentenced to serve three years in prison. EDWARDS was again convicted of Cocaine Possession and Cocaine Sell, a felony offense, on August 22, 2014, and sentenced to serve four years, two months and three days in prison.

7. Based on the foregoing, I believe that there is probable cause that Dominique EDWARDS was deported and removed from the United States and entered or was found to be voluntarily in the United States thereafter, in violation of 8 U.S.C. § 1326(a) and (b)(1). Therefore, I respectfully request that the Court issue the attached criminal complaint charging Dominique EDWARDS with the aforementioned federal offense.

This concludes my Affidavit.

_____
Lacey O'Neal,
Border Patrol Agent

Affidavit submitted by email and attested to me as true and accurate via telephone or video conference, consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me this __3rd__ day of July, 2024.

_____
The Honorable ROBERT M. NORWAY
United States Magistrate Judge